THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
KNICKERBOCKER TRUST COMPANY, Respondent.

ERNEST THALMANN et al., as Temporary Receivers of the
KNICKERBOCKER TRUST COMPANY, et al., Appellants.

*People* v. *Knickerbocker Trust Co.,* 127 App. Div. 215, appeal dismissed.
(Argued November 9, 1908; decided November 17, 1908.)

MOTION to dismiss an appeal from an order of the Appel-
late Division of the Supreme Court in the second judicial
department, entered June 5, 1908, which modified and
affirmed as modified an order of Special Term fixing pro-
visionally the compensation of the temporary receivers herein.

The motion was made upon the grounds that the Court of
Appeals has no jurisdiction to review the order appealed from ;

that the said order was discretionary and that no question of law was involved that could be reviewed.

*Charles P. Williams* and *Charles H. Tuttle* for motion.

*Alton B. Parker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the orders of the Special Term and Appellate Division are provisional only, without intimating any opinion on the question whether the order of the Appellate Division would in any aspect be appealable to this court.